In the Matter of the Claim of JEANNETTE AIERLO against
ISIDORE HAFT et al., Respondents.

THE STATE INDUSTRIAL BOARD, Appellant.

*Workmen's compensation — master and servant — woman employee
assaulted by strange man in hall outside employer's premises while
returning from wash room — claim dismissed on ground injury did
not arise out of employment.*

Matter of Aierlo v. Haft, 222 App. Div. 708, affirmed.

(Argued February 14, 1928; decided March 27, 1928.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
January 4, 1928, reversing an award of the State Indus-
trial Board made under the Workmen's Compensation
Law and dismissing the claim. The employer was a
dress manufacturer, occupying part of the third floor of
the premises at 106 West Thirty-second street, New York
city. The claimant was employed as a sample-maker.
On the day in question she left her work to go to the
ladies' room, which necessitated her going outside of the
employer's premises and into a public hall. While in the
hall she was assaulted by a strange man. For the injury
received she was awarded compensation by the State
Industrial Board. The Appellate Division dismissed the
claim on the ground that the accident did not arise out
of the employment.

*Albert Ottinger, Attorney-General (E. C. Aiken* of counsel),
for appellant.

*John S. Breckinridge* and *William H. Hotchkiss* for
respondents.

Order affirmed, with costs against State Industrial
Board; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS,
LEHMAN, KELLOGG and O'BRIEN, JJ.